Order issued October *24* , 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00818-CV

SHABANA J. MOHAMMED, Appellant

V.

HYDERABAD SOCIETY OF NORTH TEXAS, ET AL., Appellees

## ORDER

We **GRANT** appellant's October 12, 2012 motion to strike the supplemental clerk's record and references to such record in appellees' brief. We **STRIKE** (1) the supplemental clerk's record filed on October 5, 2012 and (2) appellees' brief filed on October 10, 2012. We **ORDER** appellees to file a brief without the references to the stricken supplemental clerk's record within **twenty days of the date of this order.**

CAROLYN WRIGHT
CHIEF JUSTICE